

# NUMBER 13-24-00399-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF H.J.G AND H.J.G, CHILDREN

### ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
### OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Peña**

On July 25, 2024, appellant Sarita Garza filed a notice of appeal attempting to appeal an order entered in trial court cause number F-2895-16-2. On August 12, 2024, the Clerk of the Court notified appellant that the notice of appeal was defective and failed to comply with Texas Rules of Appellate Procedure 9.5 and 25.1(d)(4). *See* TEX. R. APP. P. 9.5, 25.1(d)(4). Appellant was further instructed to remit the $205.00 filing fee within ten days from the date of the notice.

On September 24, 2024, and October 16, 2024, the Clerk of the Court again notified appellant that the notice of appeal was defective and failed to comply with Texas Rules of Appellate Procedure 9.5 and 25.1(d)(4). *See id.* Appellant was further notified that if she failed to cure the defects the appeal would be dismissed. *See id.* R. 42.3 (b), (c). Also, on October 16, 2024, the Clerk notified appellant of the delinquent filing fee and that if the filing fee was not paid within ten days from the date of the notice, the appeal would be dismissed. *See id.*

Appellant has failed to cure the defective notice of appeal, not paid the filing fee, and not responded to the notices from the Clerk requiring a response or other action within the time specified. Accordingly, the appeal is hereby dismissed for want of prosecution. *See id.*

L. ARON PEÑA JR.
Justice

Delivered and filed on the
10th day of April, 2025.